IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ------------------------------------------------------ : | |
| UNITED STATES OF AMERICA : | CASE NO. 5: 03 CR 0440 - 1 |
| Plaintiff : | |
| : | <u>ORDER ADOPTING REPORT AND</u> |
| -vs- : | <u>RECOMMENDATION</u> |
| COREY SONIER, : | |
| Defendant. : | |
| ------------------------------------------------------ : | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This matter was referred to Magistrate Judge William H. Baughman, Jr. for a supervised release violation hearing. The hearing was held on 15 May 2012, and a Report and Recommendation ("R&R") followed. (Doc. 56). The R&R advised finding Mr. Sonier in violation of the terms of his supervised release, as admitted by the Defendant during the hearing, and advised revocation of supervision with seven months

incarceration with no further supervision to follow.

Defendant has indicated he will not object to Magistrate Judge Baughman's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  <u>Thomas v. Arn</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Court adopts Magistrate Baughman's recommendations, finds Mr. Sonier in violation of the terms of his supervised release and imposes a sentence of seven months incarceration with no further supervision to follow.

    IT IS SO ORDERED.

                                             /s/Lesley Wells  
                                             UNITED STATES DISTRICT JUDGE

Date: 18 May 2012